## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| NATIONAL COUNCIL OF NEGRO WOMEN, et al. | § §<br>§<br>§ | PLAINTIFFS |
| v. | § §<br>§ | Civil No. 1:22-cv-314-HSO-BWR |
| SEAN DUFFY, *in his official capacity as U.S. Transportation Secretary*, and U.S. DEPARTMENT OF TRANSPORTATION | § §<br>§<br>§ | DEFENDANTS |

### FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order Denying Plaintiffs' Motion [68] for Summary Judgment entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 17th day of March, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE